THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH PATERNO, Respondent, against WALTER B. MARTIN, as Warden of Attica State Prison, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order so far as appealed from reversed on the law, without costs of this appeal to either party, and relator remanded to the custody of the Warden of Attica State Prison, Attica, New York. Memorandum: The relator was indicted in Chautauqua County in 1941 for the crime of robbery, first degree. He pleaded guilty to the crime of robbery, second degree. An information was filed by the district attorney charging the relator with being a second offender in that he had been convicted of grand larceny, second degree, in Erie County in 1937, which charge the relator admitted, whereupon the court sentenced him for a term of fifteen to thirty years. In 1937 the grand jury of Erie County indicted the relator for the crime of criminally receiving stolen property and for no other indictable offense. Relator pleaded guilty to attempted grand larceny, second degree, and was sentenced to a term of not less than fifteen months or more than two years and six months. Execution of the sentence was suspended. Relator did not appeal from the judgment of conviction. In the Wyoming County Court, in